Charles L. CLARK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67939.

Missouri Court of Appeals, Western District.

May 20, 2008.

Laura G. Martin, Kansas City, MO, for appellant.

Jaime Wilson Corman, Jefferson City, MO, for respondent.

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Charles L. Clark appeals the denial of his Rule 24.035 motion without an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).